IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY B. RUSSELL,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO.  14-4552 |
| **v.** | : | |
| | : | |
| **TRACY R. WILLIAMS** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 9th day of December 2020, upon consideration of Plaintiffs' *motion for default judgment* filed pursuant to Federal Rule of Civil Procedure 55(b), [ECF 32], the judicial assessment of damages hearing held on October 4, 2018, and Defendant Tracy R. Williams's failure to answer, plead, or otherwise defend in this matter, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion of this day, Plaintiffs' motion for default judgment is **GRANTED**.  Default judgment is entered against Defendant Tracy R. Williams and in favor of Plaintiffs Jeffrey B. Russell and Rosemary Russell jointly in the aggregate amount of $6,771,045.84, which includes $3,385,522.92 in compensatory damages and $3,385,522.92 in punitive damages.  In addition, default judgment is entered against Defendant Tracy R. Williams and in favor of Plaintiff Rosemary Russell in the aggregate amount of $320,000, which includes $160,000 in compensatory damages and $160,000 in punitive damages.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*